UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-043-4F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| KENNETH LLOYD COATS, JR. | ) | |
| | ) | |
| Defendant. | ) | |

On July 14, 2010, this court entered an order [DE-103] allowing the Defendant's Motion for Psychiatric Exam. [DE-99]. It has since come to the court's attention that the Superseding Indictment filed by the Government on June 2, 2010 [DE-75], changed the spelling of the Defendant's name to omit the "E" from his last name. Accordingly, the court's July 14, 2010 order [DE-101] is amended to reflect the same spelling.

SO ORDERED.

This the 22nd day of July, 2010.

JAMES C. FOX
Senior United States District Judge