IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
JUL 2 3 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY: ___ DEP CLK

UNITED STATES OF AMERICA :
: CRIMINAL NO. 7:10-CR-43-F
v. :
:
KENNETH LLOYD COATES, JR. :

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (X) Court-Ordered Mental Evaluation ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: **Kenneth Lloyd Coates, Jr.**

2. Detained by: **Johnston County Sheriff's Department**
   **FAX: 919-989-5039 Ph. 919-989-5010**

3. Detainee is (X) charged in this district by (X) indictment of violating Title 21, U.S.C. 846 and 841.

4. Appearance is necessary on **July 26, 2010, at 9:00 a.m.** (X) **in Butner Federal Correctional Institute, Butner, N.C.**, OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance ( ) arraignment/plea ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or (X) other purpose(s), specifically: **the purpose of a court-ordered mental evaluation**

JENNIFER E. WELLS
Assistant United States Attorney


## WRIT OF HABEAS CORPUS

(X) Court-Ordered Mental Evaluation ( ) Ad Testificandum ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: July 23, 2010

United States Magistrate Judge

**COPIES DISTRIBUTED**