UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-43-4-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| KENNETH LLOYD COATS, JR. | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to KENNETH LLOYD COATES, JR., be changed to reflect the proper identification of the defendant as KENNETH LLOYD COATS, JR.

This the 1st day of Sept, 2010.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE