UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenneth Lloyd Coats Jr.**            **Docket No. 7:10-CR-43-4BO**

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenneth Lloyd Coats Jr., who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Manufacture, Distribute, and Dispense and Possess With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine; and 18 U.S.C. §922(g)(9), Possession of a Firearm by a Person Convicted of a Domestic Violence Crime, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 24, 2011, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Kenneth Lloyd Coats Jr. was released from custody on July 01, 2014, at which time the term of supervised release commenced.

On August 27, 2015, the court was informed that on August 8, 2015, the defendant was charged with Driving While License Revoked. The court agreed to continue the defendant on supervision. Subsequently, this charge was dismissed in state court on March 24, 2016.

On September 22, 2015, the court was informed that on September 12, 2015, the defendant was charged with Felony Assault Inflicting Serious Bodily Injury. The court agreed to take no action at that time, and allow the case to resolve itself in state court. Subsequently, it was found to be a case of self-defense, and the charges were ultimately dismissed on January 26, 2016.

On July 8, 2016, the court was informed that on June 18, 2016, the defendant was charged with Driving While Impaired and Reckless Driving to Endanger. The court agreed to modify the conditions of supervision to include the performance of 24 hours in community service. As such, all hours of community service have been completed.

On February 7, 2017, the court was informed that on December 31, 2016, the defendant was charged with Hit and Run/ Failure to Stop Causing Property Damage. The court agreed to continue the defendant on supervision. Subsequently, these charges were dismissed in state court on February 27, 2017.

On December 29, 2017, the court was informed that on December 9, 2017, and on December 10, 2017, the defendant was charged with Driving While Impaired, and Possess/ Sell Non-Tax Paid Alcoholic Beverage, respectively. The court agreed to continue the defendant on supervision. These charges are still pending in state court.

On May 11, 2018, the court was informed that the defendant was charged with Driving While License Revoked and Possession of Drug Paraphernalia. These charges are still pending in state court. Also, the court was informed that on May 10, 2018, the defendant submitted a urinalysis that tested positive for methamphetamines. The court agreed to continue the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 31, 2018, the defendant incurred the pending charges of Driving While License Revoked in Sampson County, North Carolina (18CR703527). When confronted, the defendant stated that he has a limited driving privilege that allows him to operate a motor vehicle, but he cannot locate it. On June 25, 2018, the defendant provided a urinalysis that tested positive for methamphetamines. When confronted, he admitted to using the substance on a previous date. The defendant was verbally reprimanded for driving without a license and for the illegal drug use. The defendant has admitted he is struggling with his addiction. He has agreed to enroll in inpatient treatment. The probation office is working with his treatment provider to achieve this. The defendant has agreed to submit himself to a nightly curfew with location monitoring upon his release from the inpatient treatment program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: June 26, 2018

**ORDER OF THE COURT**

Considered and ordered this 27 day of June, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge